**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | **Case No.:** 05-33624-dof |
| Mark W. Lambert | **Chapter 13 Proceedings** |
| Debtor(s). | **Judge Daniel Opperman** |
| _____/ | |

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| **Creditor or Debtor Name** | **Court Clm.#** | **Trustee Clm.#** | **Class of Claim** | **Check#** | **Amt. of Check** |
|---|---|---|---|---|---|
| American General Finance | Paid Per Plan | 3 | Secured | 741442 | $131.47 |

Dated: July 26, 2011

                                                                               /s/Carl L. Bekofske  
                                                                               Carl L. Bekofske,  
                                                                               Standing Chapter 13 Trustee  
                                                                               400 N. Saginaw St., Ste 331  
                                                                               Flint, MI 48502  
                                                                               Telephone: (810) 238-4675  
                                                                               Fax: (810) 238-4712  
                                                                               Email: ECF@flint13.com  
                                                                               P10645